IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:97-cr-62-RH-GRJ

CARLON BURNICE CRAWFORD,

_____/

### REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 132, Defendant's motion to vacate, set aside or correct a sentence by a person in federal custody pursuant to 28 U.S.C. § 2255. Defendant was sentenced in the underlying criminal case on May 16, 2012 and has appealed the judgment of conviction. (Docs. 118, 121, 124). That appeal is still pending. *See United States v. Crawford,* Case No. 12-12885-A, Eleventh Circuit Court of Appeals.

Defendant's motion to vacate is premature, as the district court lacks jurisdiction to consider and rule on a § 2255 motion during the pendency of the direct appeal. *See United States v. Durham,* 240 F.3d 1328, 1329-30 (11th Cir. 2001); *United States v. Khoury,* 901 F. 2d 975, 976 (11th Cir. 1990), *modified, United States v. Khoury*, 910 F. 2d 713 (11th Cir. 1990); *Welsh v. United States,* 404 F. 2d 333 (5th cir. 1968); *see also United States v. Casaran-Rivas,* 311 Fed. Appx. 269, 273 ("absent extraordinary circumstances, a defendant may not seek collateral relief while his direct appeal is pending, as the outcome of the direct appeal may negate the need for habeas relief.").

Accordingly, it is respectfully **RECOMMENDED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, Doc. 132, be **DISMISSED** as premature.

The dismissal should be without prejudice to Defendant to file a motion to vacate after the disposition of the direct appeal.

  **IN CHAMBERS** this 3rd day of June 2013.

        *s/Gary R. Jones*
        GARY R. JONES
        United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**