# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO.  4:97cr62-RH/GRJ

CARLON BURNICE CRAWFORD,

      Defendant.

_____/

## ORDER DENYING THE § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 135.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The defendant's motion for relief under 28 U.S.C. § 2255 is DENIED without prejudice as premature.  The clerk must close the file.

SO ORDERED on July 20, 2013.

                         s/Robert L. Hinkle_____
                         United States District Judge